THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS PLETMAN, Appellant.

Submitted October 22, 1943; decided December 2, 1943.

*Sydney R. Snitkin* and *Saul Pearce* for appellant.

*Frank S. Hogan, District Attorney* (*Ferdinand J. Wolf* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ..